UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 16-1078-MWF(AFMx)**                                       Dated: **August 17, 2016**

Title:       Oscar Gomez -*v*- Merrill Edge, et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                                 None Present

PROCEEDINGS (IN CHAMBERS):            COURT ORDER

In light of the Mediation Report [14] indicating settlement filed on August 15, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for September 19, 2016 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other dates are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                            Initials of Deputy Clerk   rs
CIVIL - GEN